Marshall E. Bluestone, Esq. (SB 151632)
BLUESTONE FAIRCLOTH & OLSON, LLP
1825 4th Street
Santa Rosa, CA  95404
Telephone:     707-526-4250
Facsimile:      707-526-0347
Email: marshall@bfolegal.com

Attorneys for County of Sonoma;
Sonoma County Sheriff Eddie Engram;
Melissa Parmenter

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, | Case No. 3:25-cv-00361-WHO |
| Plaintiff, | |
| vs. | STIPULATION TO SET HEARING ON PRELIMINARY INJUNCTION AND BRIEFING SCHEDULE |
| COUNTY OF SONOMA; EDDIE ENGRAM, Sheriff, individually and in his official capacity; MELISSA PARMENTER, Detention Division Operations Captain, individually and in her official capacity; and JOHN AND JANE DOES 1-10, Staff, individually and in their official capacities, , | Hon. William H. Orrick |
| Defendants. / | |

HUMAN RIGHTS DEFENSE CENTER ("Plaintiff") and COUNTY OF SONOMA; EDDIE ENGRAM and MELISSA PARMENTER ("Defendants") hereby, through their attorneys, stipulate to the following:

1. On January 10, 2025, Plaintiff filed a complaint and request for injunctive relief against Defendants.

2. Defendants did not consent to a magistrate to preside over this case and the case was assigned to the Judge William Orrick.

3. Plaintiff and Defendants have agreed to engage in settlement discussions.

4. To allow time to for Plaintiff and Defendants to resolve this matter, the parties have

agreed to the following schedule for the motion for preliminary injunction and request the Court to approve the schedule and hearing date:

    A.    File the re-notice of the motion of for preliminary injunction on January 27, 2025;

    B.    Opposition papers to be filed by February 26, 2025;

    C.    Reply papers filed by March 19, 2025;

    D.    Hearing date April 9, 2025, at 2:00 p.m., Courtroom 2, 17th Floor.

DATED:    January 27, 2025    ROSEN BIEN GALVAN & GRUNFELD, LLP

By: /s/ *Marc J. Shinn-Krantz*
Marc J. Shinn-Krantz, Attorneys for Plaintiff

DATED:    January 27, 2025    BLUESTONE FAIRCLOTH & OLSON, LLP

By: /s/ *Marshall E. Bluestone*
Marshall E. Bluestone
Attorneys for Defendants

THE COURT HEREBY ORDERS the schedule for the preliminary injunction as follows:

    A.    File the re-notice of the motion of for preliminary injunction on January 27, 2025;
    B.    Opposition papers to be filed by February 26, 2025;
    C.    Reply papers filed by March 19, 2025; and
    D.    Hearing date April 9, 2025, at 2:00 p.m., Courtroom 2, 17th Floor.

Date: __January 28__, 2025

_____
Hon. William H. Orrick
United Stated District Court
Northern District of California