```
Marshall E. Bluestone, Esq. [SBN 151632]
BLUESTONE FAIRCLOTH & OLSON, LLP
1825 4th Street
Santa Rosa, CA 95404
Telephone:  (707) 526-4250
Facsimile:  (707) 526-0347
Email: marshall@bfolegal.com
Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA; EDDIE ENGRAM, Sheriff, individually and in his official capacity; MELISSA PARMENTER, Detention Division Operations Captain, individually and in her official capacity; and JOHN AND JANE DOES 1-10, Staff, individually and in their official capacities, ,<br><br>Defendants. | Case No. 3:25-cv-00361-WHO<br><br>**STIPULATION TO SET HEARING ON PRELIMINARY INJUNCTION AND BRIEFING SCHEDULE AND ORDER**<br><br>Hon. William H. Orrick |

HUMAN RIGHTS DEFENSE CENTER ("Plaintiff") and COUNTY OF SONOMA; EDDIE ENGRAM and MELISSA PARMENTER ("Defendants") hereby, through their attorneys, stipulate to the following:

    1.    On January 10, 2025, Plaintiff filed a complaint and request for injunctive relief against Defendants.

    2.    Defendants did not consent to a magistrate to preside over this case and the case was assigned to the Judge William Orrick.

3. Plaintiff and Defendants have agreed to engage in settlement discussions.

4. To allow time to for Plaintiff and Defendants to resolve this matter, the parties stipulated to a briefing schedule and hearing date for Plaintiff's motion for a preliminary injunction. The Court granted the stipulation (Dkt.26).

5. The parties continue to engage in good faith settlement negotiations but due to holidays and absence of decision makers, the discussions are taking longer than anticipated. To avoid wasting judicial resources and the parties' time and expenses, the parties have agreed to continue the hearing on the motion for preliminary injunction and to the following schedule for the motion for preliminary injunction and request the Court to approve the schedule and hearing date:

    A. Opposition papers to be filed by March 19, 2025;

    B. Reply papers filed by April 9, 2025; and

    C. Hearing date April 23, 2025, at 2:00 p.m., Courtroom 2, 17th Floor.

DATED: February 20, 2025    ROSEN BIEN GALVAN & GRUNFELD, LLP

By: /s/ *Marc J. Shinn-Krantz*
Marc J. Shinn-Krantz,
Attorneys for Plaintiff

DATED: February 20, 2025    BLUESTONE FAIRCLOTH & OLSON, LLP

By: /s/ *Marshall E. Bluestone*
Marshall E. Bluestone
Attorneys for Defendants

THE COURT HEREBY ORDERS the schedule for the preliminary injunction as follows:

      A.    Opposition papers to be filed by March 19, 2025;

      B.    Reply papers filed by April 9, 2025;

      C.    Hearing date April 23, 2025, at 2:00 p.m., Courtroom 2, 17th Floor.

Date: __February 20__, 2025



Hon. William H. Orrick
United Stated District Court
Northern District of California