SANFORD JAY ROSEN – 062566
ERNEST GALVAN – 196065
BENJAMIN BIEN-KAHN – 267933
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: srosen@rbgg.com
       egalvan@rbgg.com
       bbien-kahn@rbgg.com

JONATHAN P. PICARD – Fla. Bar No. 105477
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, Florida 33460
Telephone: (561) 360-2523
Facsimile: (561) 828-8166
Email: jpicard@humanrightsdefensecenter.org
* Admitted *Pro Hac Vice*

Attorneys for Plaintiff
HUMAN RIGHTS DEFENSE CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SONOMA; EDDIE ENGRAM, Sheriff, individually and in his official capacity; MELISSA PARMENTER, Detention Division Operations Captain, individually and in her official capacity; and JOHN AND JANE DOES 1-10, Staff, individually and in their official capacities,<br><br>　　　　　Defendants. | Case No. 3:25-cv-00361-WHO<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. William H. Orrick |

[4718067.2]

Case No. 3:25-cv-00361-WHO

NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that the Plaintiff and all Defendants in this matter have now reached a settlement on all claims and issues in this case.

On June 2, 2025, the Court adopted and entered the Stipulation and Consent Decree, and retained jurisdiction over this matter for the purposes of enforcement of the terms of the Consent Decree. Dkt. No. 41.

DATED: July 1, 2025                     Respectfully submitted,

                                        ROSEN BIEN GALVAN & GRUNFELD LLP


                                        By: /s/ Benjamin Bien-Kahn
                                            Benjamin Bien-Kahn

                                        Attorneys for Plaintiff
                                        HUMAN RIGHTS DEFENSE CENTER


DATED: July 1, 2025                     Respectfully submitted,

                                        BLUESTONE FAIRCLOTH & OLSON, LLP

                                            /s/ Marshall E. Bluestone
                                        By: (as authorized on July 1, 2025)
                                            Marshall E. Bluestone

                                        Attorneys for Defendants
                                        COUNTY OF SONOMA; EDDIE ENGRAM;
                                        MELISSA PARMENTER; JOHN AND JANE
                                        DOES 1-10